IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

A1-PRIVATE CARE CORP.,

                                                            Case No. 19-15936-LMI
                                                            Chapter 11

_____ Debtor _____/

**MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR
AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEREOF**

      COMES NOW Elias Leonard Dsouza, Esq., and Dsouza Law Group, PA, and DCS Law Group, P.A., as Counsel for Debtor A1-PRIVATE CARE CORP, and files this motion to withdraw as counsel for Debtor, and states as follow:

      1.   Irreconcilable differences have risen by and between the undersigned counsel and the Debtor, such that it is not possible for the undersigned counsel to effectively represent the Debtors in this proceeding. There are no assets in this estate to be administered and the Debtor will not be prejudiced.

      2.   Undersign counsel respectfully requests this Honorable Court to appoint another counsel or refer Debtor to the pro bono resources that may be available within the Bankruptcy Bar of this District.

**MEMORANDUM OF LAW**

      3.   Pursuant to Rule 4-1 - 16(b) of the Rules Regulating the Florida Bar, a lawyer may withdraw from representing a client when "(1) withdrawal can be accomplished without material adverse effect on the interests of the client; (2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental

disagreement.. [and] (5) other good cause for withdrawal exists."

WHEREFORE, Elias Leonard Dsouza, Esq., and Dsouza Law Group, P.A. and DCS Law Group, P.A., respectfully requests this Honorable Court that an Order be entered herein allowing undersigned Counsel to withdraw as counsel for the Debtor, and for any other relief that this Court deems just and proper.

Respectfully submitted on this **11th** day of February, 2020.

        **D&S LAW GROUP, P.A.**
        8751 W. Broward Blvd
        Suite 301
        Plantation, Florida 33324
        (954) 358-5911 (Telephone)
        (954) 357-2267 (Facsimile)
        www.DsouzaLegal.com
        Email: Dtdlaw@aol.com

        By:: **/s/ Elias Leonard Dsouza**
        Elias Leonard Dsouza, Esq.
        Florida Bar No. 399477

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Motion to Withdraw as Counsel for Debtor on: A1-PRIVATE CARE CORP., c/o Martha Hernandez at 16041 SW 284 Street, Homestead, FL 33033, and all other parties registered on ECF via ECF only, and all other parties on the attached list, on the **11th** day of February, 2020.

        **D&S LAW GROUP, P.A.**
        111 N. Pine Island Road
        Suite 205
        Plantation, Florida 33324
        (954) 358-5911 (Telephone)
        (954) 357-2267 (Facsimile)
        www.DsouzaLegal.com
        Email: Dtdlaw@aol.com

        By:: **/s/ Elias Leonard Dsouza**
        Elias Leonard Dsouza, Esq.
        Florida Bar No. 399477

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 19-15936-LMI<br>Southern District of Florida<br>Miami<br>Wed May 29 08:50:53 EDT 2019 | A1-Private Care Corp<br>16041 SW 284 St<br>Homestead, FL 33033-1142 | Sunwood, Inc.<br>P.O. Box 714<br>Pompano Beach, FL 33061-0714 |
| Cary Alan Lubetsky, Esq.<br>800 Brickell Ave Ste 1501<br>Miami, FL 33131-3040 | Florida Department Of Revenue<br>3301 N. University Dr # 200<br>Coral Springs Service Center<br>Coral Springs, FL 33065-4149 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Nationstar Mortgage<br>PO Box 650783<br>Dallas, TX 75265-0783 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Sunwood Inc.<br>1603 W Terra Mar Dr<br>Pompano Beach, FL 33062-6817 |
| Elias Leonard Dsouza<br>8751 W. Broward Blvd # 301<br>Plantation, FL 33324-2632 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients     9
Bypassed recipients     1
Total                  10